UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

Case No.: 5:20-cv-93-TBR

ANDA, INC., a Florida corporation,

   Plaintiff,

vs.

ADIO HEALTH MANAGEMENT SOLUTIONS, LLC,
A Kentucky limited liability company,
ADIO PHARMACY CONSULTING SERVICES, PLLC,
a Kentucky professional limited liability company,
ADIO PHARMACY DISTRIBUTION SERVICES, PLLC,
a Kentucky professional limited liability company, and
VIVEK SWAMINATHAN, an individual,

   Defendant(s).
_____/

## COMPLAINT

Plaintiff, Anda, Inc. ("Anda") brings this action against Adio Health Management Solutions, LLC ("Adio Health") Adio Pharmacy Consulting Services, PLLC ("Adio Consulting"), Adio Pharmacy Distribution Services, PLLC ("Adio Distribution") and Vivek Swaminathan (collectively, the "Defendants"), and alleges as follows:

## PARTIES

1. Anda is a Florida corporation with its principal place of business located in Weston, Florida.

2. Adio Health is a Kentucky limited liability company with its principal place of business located in Paducah, Kentucky.

3. Upon information and belief, the members of Adio Health are Vivek Swaminathan and Irene Swaminathan.

4. Upon information and belief, Vivek Swaminathan is the Chief Executive Officer of Adio Health.

5. Adio Consulting is a Kentucky professional limited liability company with its principal place of business located in Paducah, Kentucky.

6. Upon information and belief, the members of Adio Consulting are Vivek Swaminathan and Irene Swaminathan.

7. Upon information and belief, Vivek Swaminathan is the Chief Executive Officer of Adio Consulting.

8. Adio Distribution is a Kentucky professional limited liability company with its principal place of business located in Paducah, Kentucky.

9. Upon information and belief, Vivek Swaminathan is the Chief Executive Officer and sole member of Adio Distribution.

10. Upon information and belief, Vivek Swaminathan is a resident and citizen of Kentucky and is otherwise *sui juris*.

11. Upon information and belief, Irene Swaminathan is a resident and citizen of Kentucky and is otherwise *sui juris*.

## JURISDICTION AND VENUE

12. This Court has original jurisdiction based upon diversity of citizenship under 28 U.S.C. § 1332(a). The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this civil action is between citizens of different states.

13. Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred within Paducah, McCracken County, Kentucky.

14. The Defendants are subject to the jurisdiction of this Court pursuant to KRS § 454.210 by *inter alia* operating, conducting, engaging in, or carrying on a business or business venture in this state, having an office or agency in this state, committing tortious acts within this state and breaching a contract in this state by failing to perform acts required by and under the contract to be performed in this state.

## FACTUAL ALLEGATIONS

15. Anda is in the business of distributing pharmaceutical products from manufacturers to, *inter alia*, pharmacies, nursing homes, hospital and clinics.

16. On or about June 3, 2016, Anda entered into a credit agreement with Adio Health and Adio Distribution and a personal guaranty with Vivek Swaminathan (collectively, the "Adio Agreement"). A copy of the Adio Agreement is attached as **Exhibit A**.

17. The purpose of the Adio Agreement was for Adio Health and Adio Distribution to obtain credit from Anda.

18. The Adio Agreement states in part that it will "govern the terms of any credit issued."

19. The Adio Agreement states in part:

> The undersigned [Adio Health and Adio Distribution] agrees to pay all invoices owing to ANDA in a timely manner in full and in accordance with the agreed upon terms of the sale as printed on each invoice. THE UNDERSIGNED ACKNOWLEDGES THAT ALL STATEMENTS SENT BY ANDA SHALL BE CONSIDERED TRUE AND CORRECT, UNLESS THE UNDERSIGNED CONTESTS THE ACCURACY OF SUCH STATEMENT BY SENDING A WRITTEN INQUIRY WITHIN 30 DAYS OF THE DATE IT IS RECEIVED TO ANDA. The undersigned agrees that in the event such debts, accounts or invoices are not paid when due (the "Obligations"), they will accrue late charges at the rate of 18% per annum or the maximum rate allowed by law, whichever is the lesser rate. The undersigned agrees to reimburse ANDA for any

    attorney fees, court costs, or collection agency fees ANDA may incur in its efforts to collect any past due amounts.

20.  Through the Adio Agreement, Vivek Swaminathan personally guaranteed the full, prompt and complete performance and payment under the Adio Agreement.

21.  Pursuant to the Adio Agreement, Anda distributed and shipped pharmaceutical products to Adio Consulting, and billed Adio Consulting for such products. In addition to Adio Health, Adio Distribution, and Vivek Swaminathan, Adio Consulting is also liable for the full, prompt and complete performance and payment under the Adio Agreement by receiving products.

22.  A schedule of invoices from Anda to Adio Consulting is attached as **Exhibit B**, and the individual invoices from Anda to Adio Consulting are attached as **Exhibit C** (together, the "Adio Invoices").

23.  Anda shipped the products referenced in the Adio Invoices to the addresses set forth in the Adio Invoices.

24.  The Adio Invoices have not been paid.

25.  The Adio Invoices are past due.

26.  Anda is owed not less than $177,599.84 as of September 1, 2019 under the Adio Invoices, plus interest and other charges.

## COUNT I

### (Breach of Contract Against the Defendants)

27.  Anda realleges and incorporates paragraphs 1 through 26 of the Complaint as if fully set forth herein.

28.  The Adio Agreement is a contract.

29.  The Defendants have breached the Adio Agreement.

30. After all credits and adjustments, there is due and owing to Anda by the Defendants under the Adio Agreement the amount not less than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement.

31. Anda has been damaged in an amount not less than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement.

**WHEREFORE**, Anda respectfully requests the Court: (1) enter a money judgment against Adio Health, Adio Consulting, Adio Distribution and Vivek Swaminathan, jointly and severally, in an amount not less than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement; and (2) for such other relief as is just and proper.

## COUNT II

### (Quantum Meruit Against Adio Health, Adio Consulting, and Adio Distribution)

32. Anda realleges and incorporates paragraphs 1 through 26 of the Complaint as if fully set forth herein.

33. Anda provided, and Adio Health, Adio Consulting, and Adio Distribution assented to and received, a benefit in the form of the products referenced in the Adio Invoices.

34. In the ordinary course of common events, a reasonable person receiving such a benefit normally would expect to pay for it.

35. Anda has been damaged in an amount not less than $177,599.84 as of September 1, 2019 by the failure of Adio Health, Adio Consulting, and Adio Distribution to pay for such benefit.

**WHEREFORE**, Anda respectfully requests the Court: (1) enter a money judgment against Adio Health, Adio Consulting, and Adio Distribution, jointly and severally, in an amount not less

than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement; (2) for such other relief as is just and proper.

## COUNT III

### (Unjust Enrichment Against Adio Health, Adio Consulting, and Adio Distribution)

36. Anda realleges and incorporates paragraphs 1 through 26 of the Complaint as if fully set forth herein.

37. Anda conferred a benefit to Adio Health, Adio Consulting, and Adio Distribution in the form of the products referenced in the Adio Invoices, and Adio Health, Adio Consulting, and Adio Distribution had knowledge of such benefit.

38. Adio Health, Adio Consulting, and Adio Distribution voluntarily accepted and retained the products referenced in the Adio Invoices.

39. The circumstances are such that it would be inequitable for Adio Health, Adio Consulting, and Adio Distribution to retain the products referenced in the Adio Invoices without paying the value thereof to Anda.

40. Anda has been damaged in an amount not less than $177,599.84 as of September 1, 2019 by the failure of Adio Health, Adio Consulting, and Adio Distribution to pay for such benefit.

**WHEREFORE**, Anda respectfully requests the Court: (1) enter a money judgment against Adio Health, Adio Consulting, and Adio Distribution, jointly and severally, in an amount not less than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement; and (2) for such other relief as is just and proper.

## COUNT IV

### (Account Stated Against Adio Health, Adio Consulting, and Adio Distribution)

41. Anda realleges and incorporates paragraphs 1 through 26 of the Complaint as if fully set forth herein.

42. Through the Adio Agreement and the Adio Invoices, Anda made previous transactions with Adio Health, Adio Consulting, and Adio Distribution that created a financial liability.

43. Anda has furnished the Adio Invoices to Adio Health, Adio Consulting, and Adio Distribution.

44. Adio Health, Adio Consulting, and Adio Distribution have not objected to the balances owing under the Adio Invoices.

45. Adio Health, Adio Consulting, and Adio Distribution have promised, either expressly or implicitly, to pay the balances owing under the Adio Invoices.

46. The balance owing under the Adio Invoices remains unpaid.

47. Adio Health, Adio Consulting, and Adio Distribution owe Anda not less than $177,599.84 as of September 1, 2019, plus accruing interest, fees, and penalties.

**WHEREFORE**, Anda respectfully requests the Court: (1) enter a money judgment against Adio Health, Adio Consulting, and Adio Distribution, jointly and severally, in an amount not less than $177,599.84 as of September 1, 2019, plus accruing interest, attorneys' fees and penalties under the Adio Agreement; and (2) for such other relief as is just and proper.

[*Remainder of Page Intentionally Left Blank*]

## DEMAND FOR ATTORNEYS' FEES

Anda hereby makes demand for all attorneys' fees owing under applicable law, including attorneys' fees owing under the Adio Agreement.

Dated: June 12, 2020

                                                Respectfully Submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law
Email: pdorsey@slp.law

By: */s/ Bradley Shraiberg*
     Bradley S. Shraiberg
     (pro hac vice motion to follow)
     Florida Bar No.121622
     Patrick Dorsey
     (pro hac vice motion to follow)
     Florida Bar No.0085841

SULLIVAN MOUNTJOY, PSC

/s/ L. Christopher Hunt
L. Christopher Hunt
Kentucky Bar No. 92603
100 St. Ann Street, P.O. Box 727
Owensboro, Kentucky  42302-0727
Telephone:  (270) 926-4000
Facsimile:  (270) 683-6694
chunt@smlegal.com

Attorneys for Anda